IN the UNITED STATES
COURT FOR THE DISTRICT of
SOUTH Carolina

DARRELL ALLEN FENDLEY      > Slander,
v.                         > Criminal
FOX NEWS                   > Stalking
                           > Criminal
Channel (and its           > Conspiracy
parent Company)            > Public
                           > Shaming
                           > Sexual jesms
                           > on air
                           > Violation of
                           > FCC rules
                           > Civil Rights
                           > Violations
                           > Criminal Conspiracy

IV. STATEMENT OF CLAIM - continued.

On air, live broadcast, Slander
Criminal Stalking, Criminal Conspiracy
Public shaming, Indecent or Criminal
Sexual gestures, Civil rights violations
Separation of Church and State
law violations - FCC rule violations

Relief Ask for
Financial Compensation
One Million Dollars
1,000,000.00

Place of present confinement

A. name of Prison/Jail/institution
Anderson County Detention Center

B. What are the issues you are attempting to litigate in the above-captioned case?
Civil rights violation, Crimes against Humanity, Hate crimes, Conspiracy

C. Is there a prisoner grievance procedure in this institution? yes. There is more means.

D. Have you filed a grievance concerning the claims you are raising in the manner? yes

When? say someday (illegible)

D. Have you received informal agency/department/municipal answer or discrimination reply to you? They told me to tell my lawyer.

E.

Parties
name of plaintiff: Darrell Allen Findley
inmate No: 7023000858
address: 1009 David Lee Coffee Place
name of Defendant:
    Anderson County Detention Center